

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 23−10042
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert L. Kalinowski Jr. | Kim M. Kalinowski |
| 314 Brandi Drive | 314 Brandi Drive |
| Asheville, NC 28806 | Asheville, NC 28806 |
| Social Security No.: xxx−xx−2414 | Social Security No.: xxx−xx−8540 |

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

- Form 106 − Individual Summary of Schedules
- Schedules A−J
- Declaration Concerning Schedules
- Statement of Financial Affairs
- Fee Disclosure Statement
- Fee Disclosure Statement (Local Form 3)
- Chapter 13 Plan (Local Form 4)
- Local Form 13
- Chapter 13 Statement of Income

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: March 30, 2023                                Steven T. Salata
                                                     Clerk of Court

Electronically filed and signed (3/30/23)